Walter M. Block, Plaintiff-Appellant, v. Robert D. Jesmer and Estate of Milton Gerwin, Defendants-Appellees.

Gen. No. 51,843. (Abstract of Decision.)

First District, Fourth Division.

October 4, 1967.

Walter M. Block, pro se, of Chicago, appellant; Canel & Canel, of Chicago (Jay A. Canel, of counsel), and Goldberg, Weigle & Mallin, of Chicago (John Hudson, of counsel), for appellees. Opinion by JUSTICE DRUCKER. Not to be published in full.